UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD K. HOLMAN,

    Plaintiff,

Case No. 07-11735

v.

Honorable John Corbett O'Meara

METALDYNE and FORMTECH
INDUSTRIES, INC., L.L.C.,

    Defendants.
    _____/

**ORDER DENYING**
**PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

This matter came before the court on plaintiff Richard K. Holman's Application for Appointment of Counsel. In his *pro se* complaint, Plaintiff has alleged, among other things, that his former employer terminated his employment because of his race. Holman is African American.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

In reviewing Plaintiff's application, the court finds no exceptional circumstances to allow for the appointment of counsel. Accordingly, it is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED.**

s/John Corbett O'Meara
United States District Judge

Date:  July 30, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 30, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager